13 N.Y.3d 927 (2010)
895 N.Y.S.2d 304
EXECUTIVE RISK INDEMNITY INC., Appellant,
v.
PEPPER HAMILTON LLP et al., Respondents.
PEPPER HAMILTON LLP et al., Third-Party Plaintiffs-Respondents,
v.
CONTINENTAL CASUALTY COMPANY et al., Third-Party Defendants-Appellants.
Mo. No. 2009-1279.
Court of Appeals of New York.
Submitted November 30, 2009.
Decided January 14, 2010.
Motion for reargument denied [see 13 NY3d 313 (2009)].
Judge SMITH taking no part.